MATTHEW S. O'BRIEN (310223)
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
Tel: (310) 556-1801
Fax: (310) 556-1802
mobrien@polsinelli.com

DAVID M. KRUEGER (*Pro Hac Vice*)
BENESCH, FRIEDLANDER, COPLAN
  & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, OH 44114
Tel: (216) 363-4500
Fax: (216) 363-4588
dkrueger@beneschlaw.com

*Attorneys for Defendant USAA Savings Bank*

JEREMY E. BRANCH (303240)
LAW OFFICES OF JEFFREY LOHMAN, PC
28544 Old Town Front St., Suite 201
Temecula, CA  92590
jeremyb@jlohman.com

*Attorney for Plaintiff Raza Kazmi*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAZA KAZMI,<br><br>             Plaintiff,<br><br>     v.<br><br>USAA SAVINGS BANK,<br><br>             Defendant. | Case No. 2:19−cv−06246−GW (SSx)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

## [~~PROPOSED~~] ORDER OF DISMISSAL

Plaintiff, Raza Kazmi ("Plaintiff"), and Defendant USAA Savings Bank,

("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are DISMISSED with prejudice. Each party shall bear their own costs and attorney's fees.

SO ORDERED.

Dated: July 23, 2020

*George H. Wu*
George H. Wu
United States District Judge